IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE BRENNENSTUHL,<br><br>                    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>                    Defendant. | 8:25-CV-73<br><br>ORDER |

IT IS ORDERED:

1. The defendant's motion to remand (filing 21) is granted.

2. The plaintiff's motion for an order reversing the commissioner's decision (filing 9) is denied as moot.

3. This case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

4. A separate judgment will be entered.

Dated this 15th day of July, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge