IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JULIE BRENNENSTUHL,

        Plaintiff,

vs.

FRANK BISIGNANO, Commissioner of Social Security,

        Defendant.

8:25-CV-73

ORDER

    This matter is before the Court upon the plaintiff's motion for award of attorney fees pursuant under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 25), seeking an award of fees and costs in the amount of $3,472.23, which represents 11.9 hours of work at a rate of $257.75 per hour and $405 in filing fees. Filing 25 at 2; filing 25-3.

    The Court has determined that the plaintiff was the prevailing party in this action, as the application for fees was filed in a timely fashion,[1] and the Commissioner's decision was remanded to the Commissioner for further proceedings because the administrative law judge made findings that were not supported by substantial evidence. *See Koss v. Sullivan*, 982 F.2d 1226 (8th Cir. 1993). Therefore, the plaintiff is entitled to an award of attorney fees.

---

[1] An Equal Access to Justice Act application based on a district court judgment remanding a case pursuant to sentence four of 42 U.S.C. § 405(g) must be filed no later than 30 days after the sentence four judgment has been entered and the appeal period has run such that the judgment is no longer appealable. *See Pottsmith v. Barnhart*, 306 F.3d 526, 527-28 (8th Cir. 2002); *see also Shalala v. Schaefer*, 509 U.S. 292, 302 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 94-97 (1991).

- 2 -

IT IS ORDERED:

1. The plaintiff's Motion for Award of Attorney Fees Pursuant under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (filing 25) is granted.

2. By separate document, the Court shall enter judgment for the plaintiff and against the defendant providing that the plaintiff is awarded attorney fees and costs of $3,472.23.

3. That sum shall be sent to plaintiff's counsel, Mr. Kappelman, who shall be responsible remitting to Ms. Schram her portion of the award.

Dated this 3rd day of October, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge